# EXHIBIT B

**Azzaro, Shannon D. (NYC)**

| | |
|---|---|
| **From:** | Lucas Buzzard <lucas@jk-llp.com> |
| **Sent:** | Wednesday, September 17, 2025 9:00 PM |
| **To:** | Diaz, Ena T. (Miami); Maimon Kirschenbaum |
| **Cc:** | Elizabeth Shampnoi |
| **Subject:** | Re: TPUSA - Katsnelson |
| **Attachments:** | TPUSA_Katsnelson_Term_Sheet (executed by P).pdf |

Here's the term sheet executed on our end.

Glad we were able to get this done.

Lucas C. Buzzard
Joseph & Kirschenbaum LLP
32 Broadway
Suite 601
New York, NY 10004
Main: (212) 688-5640
Direct: (212) 688-5639
Fax: (212) 688-2548

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.
*IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)*

---

**From:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Sent:** Wednesday, September 17, 2025 8:30 PM
**To:** Maimon Kirschenbaum <maimon@jk-llp.com>; Lucas Buzzard <lucas@jk-llp.com>
**Subject:** TPUSA - Katsnelson

Here is the term sheet.



**Ena T. Diaz**  (Ena Diaz)
Attorney at Law

**Jackson Lewis P.C.**
1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
Direct: (305) 577-7610 | Main: (305) 577-7600
Ena.Diaz@jacksonlewis.com | https://link.edgepilot.com/s/a363d6e4/8prcXuxxmUyDIIXjzTXXiQ?u=http://www.ja

**Azzaro, Shannon D. (NYC)**

| | |
|---|---|
| **From:** | Lucas Buzzard <lucas@jk-llp.com> |
| **Sent:** | Thursday, September 18, 2025 8:45 AM |
| **To:** | Diaz, Ena T. (Miami) |
| **Cc:** | Maimon Kirschenbaum; Elizabeth Shampnoi |
| **Subject:** | Re: TPUSA - Katsnelson |

Received. Thank you! We'll look for the long form agreement when you have it.

Thanks,
Lucas

> On Sep 17, 2025, at 10:32 PM, Diaz, Ena T. (Miami) <ena.diaz@jacksonlewis.com> wrote:
>
> This is the fully executed agreement.
>
> **Ena T. Diaz**  (Ena Diaz)
> Attorney at Law
>
> **Jackson Lewis P.C.**
> 1 SE 3rd Avenue
> Suite 2300
> Miami, FL 33131
> Direct: (305) 577-7610 | Main: (305) 577-7600
> Ena.Diaz@jacksonlewis.com | https://link.edgepilot.com/s/3c51c408/tg3mBnXyQU__n_vfZA1fBA?u=http://www.
>
> <Complete_with_Docusign_TPUSA_Katsnelson_Term.zip>