# EXHIBIT C

**Azzaro, Shannon D. (NYC)**

| | |
|---|---|
| **From:** | Lucas Buzzard <lucas@jk-llp.com> |
| **Sent:** | Friday, October 24, 2025 5:00 PM |
| **To:** | Diaz, Ena T. (Miami) |
| **Cc:** | Maimon Kirschenbaum; Korkin, Loren M. (Miami); Azzaro, Shannon D. (NYC) |
| **Subject:** | Re: TPUSA - Katsnelson (Long form settlement agreement) (Response requested) |

Hi Ena,

I spoke with our client. He understands what TPUSA intends to pursue but has instructed me to inform you that he will not execute the long form agreement and continues to revoke his consent to the settlement.

Lucas

Lucas C. Buzzard
Joseph & Kirschenbaum LLP
45 Broadway
Suite 320
New York, NY 10006
Main: (212) 688-5640
Direct: (212) 688-5639
Fax: (212) 688-2548

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.
*IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)*

---

**From:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Sent:** Wednesday, October 22, 2025 4:07 PM
**To:** Lucas Buzzard <lucas@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Korkin, Loren M. (Miami) <Loren.Korkin@jacksonlewis.com>; Azzaro, Shannon D. (NYC) <Shannon.Azzaro@jacksonlewis.com>
**Subject:** RE: TPUSA - Katsnelson (Long form settlement agreement) (Response requested)

Lucas:

We appreciate your time this afternoon. TPUSA is inclined to pursue a motion to enforce the terms of the settlement agreement and to seek attorney's fees and costs associated with enforcement. We trust your client understands the seriousness of this course of action.

Before finalizing our next steps, we will allow you the opportunity to address this conversation with your client, and, as agreed will await your response by Friday, October 25.

Thank you.

1



**Ena T. Diaz**  (Ena Diaz)
Attorney at Law

**Jackson Lewis P.C.**
1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
Direct: (305) 577-7610 | Main: (305) 577-7600
Ena.Diaz@jacksonlewis.com | https://link.edgepilot.com/s/3c112666/hsyhVLJxxk2LwdTz4HMpCQ?u=http://www

**From:** Lucas Buzzard <lucas@jk-llp.com>
**Sent:** Wednesday, October 22, 2025 9:49 AM
**To:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Elizabeth Shampnoi <elizabeth@shampnoiadr.com>; Korkin, Loren M. (Miami) <Loren.Korkin@jacksonlewis.com>; Azzaro, Shannon D. (NYC) <Shannon.Azzaro@jacksonlewis.com>
**Subject:** Re: TPUSA - Katsnelson (Long form settlement agreement) (Response requested)

Ena/Shannon,

I understand your position and frustration. I'm available for a call any time from 11:30-12:30 and then again from 1:30-4:30pm. Please let me know what works for you.

Thanks,
Lucas

Lucas C. Buzzard
Joseph & Kirschenbaum LLP
45 Broadway
Suite 320
New York, NY 10006
Main: (212) 688-5640
Direct: (212) 688-5639
Fax: (212) 688-2548

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.
IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

**From:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Sent:** Wednesday, October 22, 2025 9:28 AM
**To:** Lucas Buzzard <lucas@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Elizabeth Shampnoi <elizabeth@shampnoiadr.com>; Korkin, Loren

M. (Miami) <Loren.Korkin@jacksonlewis.com>; Azzaro, Shannon D. (NYC) <Shannon.Azzaro@jacksonlewis.com>
**Subject:** RE: TPUSA - Katsnelson (Long form settlement agreement) (Response requested)

Good morning, Lucas:

Please let me know your availability to discuss today.

After spending an entire day in mediation – and accommodating your client, who was scheduled to attend in person but did not attend in person last minute claiming he was not feeling well – I would appreciate the opportunity to discuss in greater detail why he now refuses to sign the long form agreement. The long form agreement reflects the points he agreed to and signed off on the term sheet at the conclusion of the mediation.

Thank you.



**Ena T. Diaz**  (Ena Diaz)
Attorney at Law

**Jackson Lewis P.C.**
1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
Direct: (305) 577-7610 | Main: (305) 577-7600
Ena.Diaz@jacksonlewis.com | https://link.edgepilot.com/s/de655dd0/o436GdIvA0Sm3AFQXfpW-w?u=http://www.jacksonlewis.com/

---

**From:** Lucas Buzzard <lucas@jk-llp.com>
**Sent:** Tuesday, October 21, 2025 11:01 PM
**To:** Azzaro, Shannon D. (NYC) <Shannon.Azzaro@jacksonlewis.com>; Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Elizabeth Shampnoi <elizabeth@shampnoiadr.com>; Korkin, Loren M. (Miami) <Loren.Korkin@jacksonlewis.com>
**Subject:** Re: TPUSA - Katsnelson (Long form settlement agreement) (Response requested)

Good evening all,

Apologies to all for the delayed response. Our client has informed us that he is not going to sign the long-form agreement and that he is revoking his consent to the settlement terms. Please let us know if you would like to discuss.

Thanks,
Lucas

Lucas C. Buzzard
Joseph & Kirschenbaum LLP
45 Broadway
Suite 320
New York, NY 10006
Main: (212) 688-5640
Direct: (212) 688-5639
Fax: (212) 688-2548

3

This e-mail and any attachments are confidential and are intended solely for the use of the addressee(s). This communication may contain material that is protected by the attorney-client privilege or other privileges or doctrines. If you are not the addressee or an addressee's agent, you may not use, disseminate, forward, print, or copy this e-mail; doing so may violate the addressee's rights. If you have received this e-mail in error, please notify us immediately.
IRS Circular 230 disclosure: Any tax advice contained in this communication (including any attachments or enclosures) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this communication. (The foregoing disclaimer has been affixed pursuant to U.S. Treasury regulations governing tax practitioners.)

**From:** Azzaro, Shannon D. (NYC) <Shannon.Azzaro@jacksonlewis.com>
**Sent:** Tuesday, October 21, 2025 4:58 PM
**To:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>; Lucas Buzzard <lucas@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Elizabeth Shampnoi <elizabeth@shampnoiadr.com>; Korkin, Loren M. (Miami) <Loren.Korkin@jacksonlewis.com>
**Subject:** RE: TPUSA - Katsnelson (Long form settlement agreement) (Response requested)

Lucas/Maimon,

Can you please update us on the status of the agreement at your earliest convenience?  Did you have any changes or questions?  Are we on track?

Let me know if you want to chat.

Thanks!

Shannon



**Shannon D. Azzaro**  (She/Her)
Attorney at Law

**Jackson Lewis P.C.**
666 Third Avenue
28th Floor
New York, NY 10017
Direct: (212) 545-4011 | Main: (212) 545-4000
Shannon.Azzaro@jacksonlewis.com | https://link.edgepilot.com/s/db2249f9/MYnmFrmafUCbkG_hOpYEkg?u=htt

**From:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Sent:** Friday, October 17, 2025 1:30 PM
**To:** Lucas Buzzard <lucas@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Elizabeth Shampnoi <elizabeth@shampnoiadr.com>; Korkin, Loren M. (Miami) <Loren.Korkin@jacksonlewis.com>; Azzaro, Shannon D. (NYC) <Shannon.Azzaro@jacksonlewis.com>
**Subject:** RE: TPUSA - Katsnelson (Long form settlement agreement) (Response requested)
**Importance:** High

Hello Lucas,

It's already past mid-day on Friday, and as the end of the workweek approaches, we have yet to receive an update from you regarding the status of the settlement agreement.

Please let us know where you stand.

Thank you.



**Ena T. Diaz**  (Ena Diaz)
Attorney at Law

**Jackson Lewis P.C.**
1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
Direct: (305) 577-7610 | Main: (305) 577-7600
Ena.Diaz@jacksonlewis.com | https://link.edgepilot.com/s/db2249f9/MYnmFrmafUCbkG_hOpYEkg?u=http://www

**From:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Sent:** Thursday, October 9, 2025 4:35 PM
**To:** Lucas Buzzard <lucas@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Elizabeth Shampnoi <elizabeth@shampnoiadr.com>; Korkin, Loren M. (Miami) <Loren.Korkin@jacksonlewis.com>; Azzaro, Shannon D. (NYC) <Shannon.Azzaro@jacksonlewis.com>
**Subject:** RE: TPUSA - Katsnelson (Long form settlement agreement) (Response requested)

Hello Lucas,

Thank you for your response.    We will expect to hear back from you next week to finalize the settlement.



**Ena T. Diaz**  (Ena Diaz)
Attorney at Law

**Jackson Lewis P.C.**
1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
Direct: (305) 577-7610 | Main: (305) 577-7600
Ena.Diaz@jacksonlewis.com | https://link.edgepilot.com/s/db2249f9/MYnmFrmafUCbkG_hOpYEkg?u=http://www

**From:** Lucas Buzzard <lucas@jk-llp.com>
**Sent:** Thursday, October 9, 2025 2:53 PM
**To:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Elizabeth Shampnoi <elizabeth@shampnoiadr.com>; Korkin, Loren M. (Miami) <Loren.Korkin@jacksonlewis.com>; Azzaro, Shannon D. (NYC) <Shannon.Azzaro@jacksonlewis.com>
**Subject:** Re: TPUSA - Katsnelson (Long form settlement agreement) (Response requested)

Hi Ena,

Sorry, our office was closed yesterday for Jewish holidays. We're working through it with our client and will have an update next week.

Thanks,
Lucas

On Oct 8, 2025, at 10:20 AM, Diaz, Ena T. (Miami) <ena.diaz@jacksonlewis.com> wrote:

Good morning, Lucas,

Please advise on the status of the settlement agreement and the NDA.

Thank you.

**Ena T. Diaz**  (Ena Diaz)
Attorney at Law

**Jackson Lewis P.C.**
1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
Direct: (305) 577-7610 | Main: (305) 577-7600
Ena.Diaz@jacksonlewis.com | https://link.edgepilot.com/s/febe951e/PWr5hLxOg0mppZJjbQibKw?u=http://www.

**From:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Sent:** Thursday, September 25, 2025 1:19 PM
**To:** Lucas Buzzard <lucas@jk-llp.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Elizabeth Shampnoi <elizabeth@shampnoiadr.com>
**Subject:** RE: TPUSA - Katsnelson (Long form settlement agreement)

Hello Lucas:

The long form of the settlement agreement is attached.

**Ena T. Diaz**  (Ena Diaz)
Attorney at Law

**Jackson Lewis P.C.**

6

1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
Direct: (305) 577-7610 | Main: (305) 577-7600
Ena.Diaz@jacksonlewis.com | https://link.edgepilot.com/s/febe951e/PWr5hLxOg0mppZJjbQibKw?u=http://www.j

**From:** Lucas Buzzard <lucas@jk-llp.com>
**Sent:** Thursday, September 18, 2025 8:45 AM
**To:** Diaz, Ena T. (Miami) <Ena.Diaz@jacksonlewis.com>
**Cc:** Maimon Kirschenbaum <maimon@jk-llp.com>; Elizabeth Shampnoi <elizabeth@shampnoiadr.com>
**Subject:** Re: TPUSA - Katsnelson

Received. Thank you! We'll look for the long form agreement when you have it.

Thanks,
Lucas

> On Sep 17, 2025, at 10:32 PM, Diaz, Ena T. (Miami) <ena.diaz@jacksonlewis.com> wrote:
>
> This is the fully executed agreement.

**Ena T. Diaz**  (Ena Diaz)
Attorney at Law

**Jackson Lewis P.C.**
1 SE 3rd Avenue
Suite 2300
Miami, FL 33131
Direct: (305) 577-7610 | Main: (305) 577-7600
Ena.Diaz@jacksonlewis.com | https://link.edgepilot.com/s/3c51c408/tg3mBnXyQU__n_vfZA1fBA?u=http

<Complete_with_Docusign_TPUSA_Katsnelson_Term.zip>

<mime-attachment>

7