**JOSEPH & KIRSCHENBAUM LLP**
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Mike DiGiulio
Leah Seliger

32 Broadway, Suite 601
New York, NY 10004
Phone 212) 688-5640
Fax (212) 688-2548
www.jk-llp.com

November 17, 2025

**Via ECF**

Hon. Margaret M. Garnett
United States District Judge
U.S. District Court for the Southern District of New York
40 Foley Square
New York, NY 1000

Re: *Katsnelson v. TPUSA, Inc.*
Index No.: 25-cv-7272-MMG

Dear Judge Garnett,

We represent Plaintiff Robert Katsnelson in the above-captioned matter. We write with Defendant's consent to respectfully request a one-week extension of Plaintiff's time to respond to Defendants' Motion to Enforce Settlement, which was filed on November 4, 2025. *See* ECF Dkt No. 42. Pursuant to Local Civil Rule 6.1(b), Plaintiff's deadline to respond is currently November 18, 2025. This is Plaintiff's first request for an extension of this deadline and the reason for this request is that the undersigned was out of the office last week attending to a family emergency.

If this request is granted, the parties propose the following briefing schedule:
- November 25, 2025 – Plaintiff's response due;
- December 9, 2025 – Defendants' reply due.

We thank the Court for its attention to this matter.

Respectfully Submitted,

/s/ Lucas C. Buzzard
Lucas C. Buzzard
JOSEPH & KIRSCHENBAUM, LLP
32 Broadway, Suite 601
New York, NY 10004

*Attorneys for Plaintiff*

---

GRANTED. It is hereby ORDERED that Plaintiff's response be due by **November 25, 2025**, and Defendant's reply be due by **December 9, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 44.

SO ORDERED. Dated November 17, 2025.

*[signature]*

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE