UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL MATTER NO. 1:25-CV-07272-MMG

ROBERT KATSNELSON, on behalf of
Himself and all other similarly situated,

    Plaintiff,

v.

TPUSA, INC., d/b/a TELEPERFORMANCE,

    Defendant.
_____/

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 1.3 of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, Ena T. Diaz, hereby moves this Court for an Order for admission to practice *Pro Hac Vice* to appear for Defendant, TPUSA, Inc. d/b/a Teleperformance, in the above-captioned action.

I am in good standing of the bar of the state of Florida and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: December 18, 2025

CIVIL MATTER NO. 1:25-CV-07272-MMG

Respectfully submitted,

JACKSON LEWIS P.C.
1 SE 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 577-7600

*s/ Ena T. Diaz*
Ena T. Diaz, Esq.
Florida Bar No. 90999
Email: *ena.diaz@jacksonlewis.com*

*Counsel for Defendant*