UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL MATTER NO. 1:25-CV-07272-MMG

ROBERT KATSNELSON, on behalf of
Himself and all other similarly situated,

    Plaintiff,

v.

TPUSA, INC., d/b/a TELEPERFORMANCE,

    Defendant.
_____/

### AFFIDAVIT OF ENA T. DIAZ, ESQ.

Ena T. Diaz, Esq., pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, hereby certifies that: (1) I have studied the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York; (2) I am a member in good standing of the Florida Bar and the United States District Courts for the Southern District of Florida, Middle District of Florida and Northern District of Florida and (3) I have not filed more than three pro hac vice motions; in different cases in this District within the last 365 days.

Dated: December 16, 2025

                                          Respectfully submitted,

                                          JACKSON LEWIS P.C.
                                          1 SE 3rd Avenue, Suite 2300
                                          Miami, Florida 33131
                                          Telephone: (305) 577-7600

                                          _/s/ Ena T. Diaz_____
                                          Ena T. Diaz, Esq.
                                          Florida Bar No. 90999
                                          Email: _ena.diaz@jacksonlewis.com_

                                          _Counsel for Defendant_

CIVIL MATTER NO. 1:25-CV-07272-MMG

STATE OF FLORIDA        )
                        ) ss:
COUNTY OF MIAMI-DADE )

SWORN TO AND SUBSCRIBED to before me this 16th day of December 2025, by Ena T. Diaz, who is [✓] personally known to me or [ ] has produced _____ as identification.

_____
Notary Signature

Vilma Perez
Notary Name Printed

VILMA PEREZ
Notary Public - State of Florida
Commission # HH 341453
My Comm. Expires Dec 14, 2026
Bonded through National Notary Assn.

My Commission Expires/Seal:

4925-3794-1634, v. 1

2



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida    )

County of Leon    )    In Re:  0090999
Ena Teresa Diaz
Jackson Lewis P.C
1 SE 3rd Ave Ste 2300
Miami, FL 33131-1705

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **October 4, 1996**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this  17th  day of **December, 2025**.

*Cynthia B. Jackson*

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-385651

AO 136 (Rev. 10/13) Certificate of Good Standing



UNITED STATES DISTRICT COURT
for the
**Southern District of Florida**

**CERTIFICATE OF GOOD STANDING**

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Ena Teresa Diaz** , Florida Bar # **90999**, was duly admitted to practice in this

Court on **April 18, 1997**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on December 17, 2025.

Angela E. Noble
Court Administrator • Clerk of Court

AO 136 (Rev. 10/13) Certificate of Good Standing



# UNITED STATES DISTRICT COURT
for the
## Middle District of Florida

### CERTIFICATE OF GOOD STANDING

I, **Elizabeth M. Warren**, Clerk of this Court, do hereby certify that **Ena T. Diaz**, Florida Bar # **0090999**, was duly admitted to practice in this Court on **June 12, 2002**, and is in good standing as a member of the Bar of this Court.

Dated at: **Orlando, Florida** on December 18, 2025.



__Elizabeth M. Warren__
*Clerk of Court*