UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CIVIL MATTER NO. 1:25-CV-07272-MMG

ROBERT KATSNELSON, on behalf of
Himself and all other similarly situated,

    Plaintiff,

v.

TPUSA, INC., d/b/a TELEPERFORMANCE,

    Defendant.
_____/

## ORDER FOR ADMISSION *PRO HAC VICE*

The motion of Ena T. Diaz, Esq., for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that she is a member of good standing of the bar(s) of the state(s) of Florida; and that her contact information is as follows:

| | |
|---|---|
| Applicant Name: | Ena T. Diaz |
| Firm Name: | Jackson Lewis P.C. |
| Address:: | 1 SE 3rd Avenue, Suite 2300<br>Miami, Florida 33131 |
| Telephone/Fax: | 305-577-7600 – 305-373-4466 |

Applicant having requested admission *Pro Hac Vice* to appear for all purposes as counsel for Defendant, TPUSA, Inc. d/b/a Teleperformance in the above entitled action;

CIVIL MATTER NO. 1:25-CV-07272-MMG

IT IS HEREBY ORDERED that Applicant is admitted to appear *Pro Hac Vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____    _____
JUDGE MARGARET M. GARNETT
UNITED STATES DISTRICT COURT